

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00463-CV

**IN THE INTEREST OF M.K.B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23300
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 4, 2019

DISMISSED FOR WANT OF PROSECUTION

On August 6, 2019, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. By order dated August 8, 2019, appellant was ordered to provide written proof to this court no later than August 19, 2019, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order stated that if appellant failed to respond within the time provided, the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3. Appellant did not respond to our order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM